UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH HARRIS[1], Acting Secretary of Labor, United States Department of Labor,<br><br>            Plaintiff,<br>    v.<br><br>SOPHISTICATED TECHNOLOGIES, INC., a corporation also doing business as SOPHTECH; MOSHE KLEIN, an individual; and the SOPHTECH 401(k) PLAN, an employee health benefit plan.<br><br>            Defendants. | Case No.: 2:10-cv-08755-DSF (SSx)<br><br>ORDER TO SHOW CAUSE WHY MOSHE KLEIN SHOULD NOT BE FOUND IN CIVIL CONTEMPT FOR FAILURE TO COMPLY WITH CONSENT JUDGMENT |

Seth D. Harris, Acting Secretary of Labor, United States Department of Labor (the "Secretary"), has filed a Motion for an Order to Show Cause Why Moshe Klein Should Not Be Found in Civil Contempt for Failure to Comply with Consent Judgment.  In support of the Motion, the Secretary has alleged that Defendant Klein has refused to comply with the Partial Consent Judgment

---

[1] Seth D. Harris was appointed as Acting Secretary of Labor on January 24, 2013. Pursuant to Fed. R. Civ. P. 25(d) the caption has been changed to reflect the appointment.

- 1 -

& Order Between the Secretary of Labor and Defendants Moshe Klein and the Sophtech 401(k) Plan ("Partial Consent Judgment"), which the parties signed on January 25, 2012, and has failed to comply with the Consent Judgment & Order Between the Secretary of Labor and Defendants Moshe Klein and the Sophtech 401(k) Plan Resolving Remaining Claims ("Consent Judgment Resolving Remaining Claims"), which the parties signed on February 16, 2012. Both judgments were entered by this Court on February 22, 2012 (collectively the "Consent Judgment").

It appearing to this Court that good cause has been shown that Defendant Klein should be found in civil contempt of this Court, the Court orders that:

At 1:30 p.m. on June 17, 2013, in the courtroom in the United States District Court for the Central District of California, Roybal Courthouse, Courtroom 840, located at 255 East Temple Street, Los Angeles, California, Defendant Klein shall appear and show cause, if there be any, why he should not be found to be in civil contempt of this Court's Consent Judgment entered on February 22, 2012;

Not later than 21 days prior to the hearing Defendant Klein shall file his response specifically admitting or denying the allegations of Plaintiff's Motion and a copy of the response shall be served upon the attorneys for the Plaintiff in accordance with Rule 5(b) of the Federal Rules of Civil Procedure; and

Plaintiff shall file and serve any reply to Respondent's response not later than 14 days prior to the hearing.

**IT IS SO ORDERED**

DATED: **4/30/13**

_____
DALE S. FISCHER

1         United States District Judge
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28